# EXHIBIT 2D

## Project Overview

Remarks

1. Biocheck performed a cursory inspection of the wood floor in the living room at the Evans residence. The inspection was performed on June 28, 2018.
2. Comments and observations are based upon the condition of the property and statements made by those present at the time of the inspection.
3. The terms "fungus" (fungi, plural) and "mold" shall be used interchangeably in this report to define microbes of the Kingdom Fungi which include molds, rusts, mildews, smuts, mushrooms, and yeasts.

## Observations & Comments

Remarks

1. It is my understanding that the water loss originated in the laundry room. The laundry room is adjacent to the living room. The source of the water loss has been repaired/corrected. (See Figure #1) (See Figure #2)
2. The moisture migration from the laundry room into the living room has caused the wood floor in the living room to buckle. There is discoloration on a plank of the wood floor extending from the living room fireplace. High moisture levels were detected around the area of discoloration. A tape lift was collected to characterize the discoloration. (See Figure #3) (See Figure #4) (See Figure #5)

### Figure Number 1



Laundry room. The arrow points to the corner that is common with the living room.

### Figure Number 2



The baseboard is separating at the common corner. The separation is likely caused by moisture intrusion.

#### Figure Number 3



Buckled wood floor in the living room

#### Figure Number 4



Buckled wood floor in the living room

#### Figure Number 5



Discoloration on the living room wood floor. High moisture reading (>30% WME) beneath the wood floor.

## Tape Lift Results

Tape Lift - Discoloration on wood floor, Living Room

▣ Penicillium   ▣ Cladosporium

Remarks

1. Penicillium species are common contaminants on various substances. Indoors, this fungus is found on various substrates including house dust, carpet, wallpaper, and fiberglass insulation. This organism causes food spoilage, colonizes leather objects and is an indicator organism for dampness indoors. Penicillium is one of the first fungi to grow on water-damaged materials and has been implicated in causing allergic reactions, hypersensitivity pneumonitis, and a variety of severe lung complications. It may cause sarcoidosis, fibrosis, or allergic alveolitis in susceptible individuals, or patients who have been exposed over long periods of time, depending on the strain. Several species of Penicillium are known mycotoxin producers. People who have allergies to penicillin-based antibiotics may have particular problems with moderate to high concentrations of Penicillium fungi.

2. Cladosporium is one of the most common fungi isolated from indoor and outdoor air. It is found on decaying plants, woody plants, food, straw, soil, paint, textiles, the surface of fiberglass duct liner in the interior of supply ducts, and on damp surfaces susceptible to condensation. The airborne spores of Cladosporium species can affect asthmatics and people with other restrictive airway diseases. Prolonged exposure may weaken the immune system. Cladosporium species produce no major mycotoxins of concern, but do produce volatile organic compounds (VOCs) associated with musty odors.

## Air Sample Results

Remarks

1. Spore traps were utilized to determine the total spore count in the air and to determine if the fungi identified from the discoloration is impacting the HVAC system. Samples were collected at 2 locations indoor and an ambient sample was collected outdoor for reference purposes. The test results are attached as an addendum to this report.
2. Test data indicate that there is a light dissemination of Aspergillus/Penicillium and Cladosporium spores in the living room. The upstairs landing area appears to be unaffected.
3. It should be understood that air sampling data are momentary "snapshots" of the current condition for a particular sampling location at a particular time. Reported concentrations are dependent upon different variables including ambient weather conditions, landscaping and ecological environments, seasonal tendencies, diurnal factors, occupancy loads, operation/condition of the HVAC system, and particulate occlusion.

## Recommendations

Remarks

1. The splitting baseboards in the corner of the laundry room should be removed and the base of the walls should be inspected for evidence of water damage and/or fungal growth. If evidence is observed, it may be necessary to cut into the walls to determine the full extent of damage.
2. The wood floor should be taken up to facilitate the drying process and the mitigation of any fungal growth. If extensive fungal growth is observed, then containment barriers will need to be established and air scrubbers will need to be deployed to filter dust particles and mold spores disturbed during the mitigation process.
3. After the repairs are completed, the work area should be wiped down with a cleanser and HEPA vacuumed. Check for settled dust to determine if additional cleaning and HEPA vacuuming is needed. Allow at least 8 hours should lapse between each cleaning/vacuuming to allow dust particles and mold spores to re-settle.

## Closing Comments

Remarks

1. It is possible that water intrusions may have affected other areas not addressed in this preliminary report. Biocheck should be contacted regarding any new discoveries made during the remediation process. It may be necessary for Biocheck to make additional recommendations in an addendum to this report.
2. The recommendations made in this report are based upon visual observations made per reasonable access to the affected areas at the time of the inspection. The recommendations pertain only to those specific items addressed in this report. This report does not address any asbestos or lead-based paint issues. This report does not accept responsibility for any of the actions and methods utilized by other contractors on this project. This report is intended for the exclusive use of our Client. Any actions performed based upon recommendations are at the discretion of the Client. We appreciate the opportunity to serve to you. If you have any questions about this report, please contact me at (405) 619-5802.



# Biocheck Corporation

2703 S. I-35 Service Rd. · Oklahoma City, OK 73129
Phone: (405) 619-5802 · Fax: (405) 619-5803

## Indoor Air Quality Report

**Biocheck Set ID:** 52872

**Date Collected:** June 28, 2018

**Date Analyzed:** July 2, 2018
**Analyzed By:** Phillip Dang

**Client:** Eric Hamilton
Trinity Restoration & Construction
1000 Cornell Pkwy., Ste. 300
Oklahoma City, OK 73108

**Project:** 3329 Chardonnay Ln.
Norman, OK 73071

| Biocheck ID | 52872 | | 52873 | | 52874 | |
|---|---|---|---|---|---|---|
| Description | Outside | | Living Room (Downstairs) | | Upstairs Landing | |
| **Fungal Genera** | Counts | Counts/m³ | Counts | Counts/m³ | Counts | Counts/m³ |
| **Indicator Fungi:** | | | | | | |
| Aspergillus/Penicillium | | | 10 | 133 | | |
| Chaetomium | | | | | | |
| Memnoniella | | | | | | |
| Rhizopus/Mucor (Zygomycete) | | | | | | |
| Stachybotrys | | | | | | |
| Ulocladium | | | | | | |
| **Common Fungi:** | | | | | | |
| Alternaria | 19 | 253 | 1 | 13 | 1 | 13 |
| Ascomycete | 316 | 4213 | 10 | 133 | 7 | 93 |
| Basidiomycete | 10 | 133 | | | | |
| Bipolaris/Drechslera/Curvularia | 2 | 27 | | | | |
| Cladosporium | 240 | 3200 | 30 | 400 | 12 | 160 |
| Coprinus/Smuts (Myxomycete) | 2 | 27 | 2 | 27 | 1 | 13 |
| Epicoccum/Stemphylium | 1 | 13 | | | | |
| Fusarium | 2 | 27 | | | | |
| Pollen | 17 | 227 | 1 | 13 | 4 | 53 |
| Rusts | 4 | 53 | 1 | 13 | 1 | 13 |
| Torula | 8 | 107 | | | | |
| **Total Fungi & Pollen** | 621 | 8280 | 22 | 293 | 26 | 347 |
| Sample Volume (L) | 75 | | 75 | | 75 | |
| Background Dust | 1-3% | | 3-5% | | 5-8% | |

_Phillip Dang (signature)_
Reviewed & Approved

Page 1 of 1

July 3, 2018
Date of Report

This report applies only to the specific items tested, it is not indicative of the qualities of apparently identical or similar products or procedures and may not reflect other conditions present. It is not the intent of this report to make any statements regarding potential health effects. This report may not be reproduced, except in full, without written approval from the laboratory (Biocheck).



**BioCheck Corporation**
2703 S. I-35 Service Road
Oklahoma City, OK 73129

# INVOICE

| Date | Invoice No. |
|---|---|
| 7/3/2018 | **10322** |

**Tax ID #20-0037134**

| Bill To |
|---|
| **Trinity Restoration & Construction**<br>**Attn: Eric Hamilton**<br>**1000 Cornell Pkwy., Ste. 300**<br>**Oklahoma City, OK 73108** |

| P.O. No. | Terms | BioCheck Reference ID | | |
|---|---|---|---|---|
| | Due on receipt | 52872 | | |
| **Description** | | **Qty** | **Unit Price** | **Amount** |
| Certified Microbial Consultant<br>Inspection, Sampling & Report Preparation<br><br>Project:<br>Evans residence<br>3329 Chardonnay Ln.<br>Norman, OK 73071 | | 1 | 350.00 | 350.00 |

| Please remit payments to:<br>Biocheck Corporation<br>P.O. Box 94804, Oklahoma City, OK 73143 | **Total** | $350.00 |
|---|---|---|
| | **Payments/Credits** | $0.00 |
| A finance charge of 1.75% per month (21% APR) will be assessed on past due balances. | **Balance Due** | **$350.00** |

# REQUEST FOR ASSISTANCE



**TO:**
OKLAHOMA INSURANCE DEPARTMENT
Five Corporate Plaza
3625 NW 56th, Suite 100
OKLAHOMA CITY, OK 73112

DATE: _7/16/2018_
Consumer Assistance
Phone: 1-800-522-0071
Local: 405-521-2991
Fax:   405-521-6652

☐Mr.
☐Mrs.
**FROM:** ☐Ms.   **LOIS FAY JENKINS**          Telephone # ( _352_ ) _460_- _1531_

Address: _3329 Chardonnay Lane_        City/State: _Norman, OK_      Zip: _73071_

If Insured or Health Maintenance Organization ("HMO") member is different than person requesting assistance, complete the following:

Insured or HMO Member's name: _____ Telephone #: (____)____-_____

Address: _____ City/State: _____ Zip: _____

**Name of INSURANCE CO. about which you are requesting assistance:**  _AAA / CSAA Fire & Cas._

Address: _PO Box 24524_            City/State: _Oakland, CA_        Zip: _94623_

Policy Number: _HO54012164_   Effective Date: _2018_     Type of Insurance: _Home_
                                                                    (Auto, Home, Commercial, Accident & Health)

Agent's Name: _____ Telephone No.: (____)_____

Address: _____ City/State _____ Zip _____

Adjuster's Name: _Danielle Perez_          Telephone No.: ( _405_ ) _493-7018_

Address: _____ City/State _____ Zip _____

**Name of HMO about which you are requesting assistance:** _____

Address: _____ City/State: _____ Zip: _____

Member ID Number or SSN: _____ Date/s of Service: _____

Provider's (Doctor) Name: _____ Telephone No.: (____)_____

Address: _____ City/State _____ Zip _____

Provider's (Hospital) Name: _____ Telephone No.: (____)_____

## INQUIRY/COMPLAINT

Please give as detailed information as possible including dates, explanation, and what solution you feel is correct, Attach copies of any Other correspondence related to the complaint.

My claim was filed the same day the moisture damage was discovered 5/17/18, at 12:55 PM.
Moisture that was not repeated or constant. The moisture was unknown to me and
was hidden within the wall and beneath the floor. Danielle Perez is denying my claim for some other

(Continue on the back)

With this knowledge, I give my consent to the release of all information in my medical records including any information concerning my identity and release the OKLAHOMA INSURANCE DEPARTMENT and its duly authorized agents and employees from any liability in connection with the release of the information contained herein.

Signature: _Lois Jenkins_          Date: _Jul 16, 2018_
         Lois F Jenkins (Jul 16, 2018)

| FOR INSURANCE DEPARTMENT USE ONLY | | | | | | |
|---|---|---|---|---|---|---|
| Complaint number _____ Claim Analyst _____ | | | Date Entered _____ | | Med. Supl. (A-J) _____ | |
| Complainant type _____ Complainant letter _____ | | | Coverage _____ | 1. _____ | 2. _____ | 3. _____ |
| Entity number | 1. _____ | 2. _____ 3. _____ | Reason for complaint | 1. _____ | 2. _____ | 3. _____ |
| Entity type | 1. _____ | 2. _____ 3. _____ | Dispositions | 1. _____ | 2. _____ | 3. _____ |
| Entity function | 1. _____ | 2. _____ 3. _____ | Inquirer _____ (if not same as above) | | | |
| Entity letter | 1. _____ | 2. _____ 3. _____ | Date resolved _____ | Amount $ _____ | | |

CLAIMS

**EXHIBIT
5**

**INQUIRY/COMPLAINT** (continued)

reason. My insurance policy clearly states that it covers moisture that was unknown to me and was hidden within the wall and beneath the floor. They also refuse to send me a scope of damage so that I can start repairs.



# ODI Complaint Form

Adobe Sign Document History                    07/16/2018

| | |
|---|---|
| Created: | 07/16/2018 |
| By: | Greg Cannon (greg@hailandwind.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAACRAI_22j-W-7qu_1GcQ6BuzFP8jg3RIU |

## "ODI Complaint Form" History

📄 Document uploaded by Greg Cannon (greg@hailandwind.com) from Acrobat
   07/16/2018 - 2:38:27 PM PDT- IP address: 70.182.74.130

📧 Document emailed to Lois F Jenkins (loisjenkins58@gmail.com) for signature
   07/16/2018 - 2:39:37 PM PDT

📄 Document viewed by Lois F Jenkins (loisjenkins58@gmail.com)
   07/16/2018 - 2:40:23 PM PDT- IP address: 66.102.8.32

✐ Document e-signed by Lois F Jenkins (loisjenkins58@gmail.com)
   Signature Date: 07/16/2018 - 3:18:44 PM PDT - Time Source: server- IP address: 24.231.119.246

Adobe Sign



## Trinity Restoration & Construction, Inc.

|         |                      |
|---------|----------------------|
| Client:   | Faye Jenkins         |
| Property: | 3329 Chardonnay Lane |
|           | Norman, OK 73071     |

Operator:   **ERIC**

| | | | |
|--|--|--|--|
| Estimator: | Eric Hamilton | Business: | (405) 695-7040 |
| Company: | Trinity Restoration & Construction, Inc. | E-mail: | eric@trinityok.com |
| Business: | 1000 Cornell Parkway #300 | | |
| | Oklahoma City, OK 73108 | | |

| | | |
|--|--|--|
| Type of Estimate: | Water Damage | |
| Date Entered: | 7/16/2018 | Date Assigned: |

| | |
|--|--|
| Price List: | OKOC8X_JUN18 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | 2018-07-16-1241 |

EXHIBIT
6



**Trinity Restoration & Construction, Inc.**

2018-07-16-1241

**Main Level**

## Main Level

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Contents Evaluation and/or Supervisor/Admin - per hour | 8.00 HR | | 0.00 | 46.54 | 0.00 | 74.46 | 446.78 |
| Inventory, Packing, Boxing, and Moving charge - per hour | 16.00 HR | | 0.00 | 30.55 | 0.00 | 97.76 | 586.56 |
| Job-site cargo/storage container - 40' long - per month | 1.00 MO | | 0.00 | 115.84 | 10.14 | 25.18 | 151.16 |
| Cargo van and equipment - per day | 1.00 EA | | 0.00 | 100.00 | 0.00 | 20.00 | 120.00 |
| Bubble Wrap - Add-on cost for fragile items | 350.00 LF | | 0.00 | 0.20 | 6.13 | 15.22 | 91.35 |
| Provide stretch film/wrap | 3.00 RL | | 0.00 | .19.18 | 5.03 | 12.50 | 75.07 |
| Clean ductwork - Interior - Heavy clean (PER REGISTER) | 15.00 EA | | 0.00 | 37.55 | 0.11 | 112.68 | 676.04 |
| Clean evaporator coil | 1.00 EA | | 0.00 | 45.48 | 0.01 | 9.10 | 54.59 |
| Containment Barrier/Airlock/Decon. Chamber | 1,500.00 SF | | 0.00 | 0.62 | 9.19 | 187.84 | 1,127.03 |

plastic off all doorways to upstairs and minimize dust and growth to spread

| Total: Main Level | | | | | 30.61 | 554.74 | 3,328.58 |
|---|---|---|---|---|---|---|---|



| **Mud Room** | | | | | | **Height: 8'** | |
|---|---|---|---|---|---|---|---|

166.67 SF Walls      27.13 SF Ceiling
193.79 SF Walls & Ceiling      27.13 SF Floor
3.01 SY Flooring      20.83 LF Floor Perimeter
20.83 LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Paint the walls - two coats | 166.67 SF | | 0.00 | 0.72 | 2.77 | 24.56 | 147.33 |
| Mask and prep for paint - paper and tape (per LF) | 20.83 LF | | 0.00 | 0.58 | 0.07 | 2.44 | 14.59 |
| R&R Baseboard - 3 1/4" MDF w/profile | 20.83 LF | | 0.35 | 2.25 | 1.77 | 11.20 | 67.13 |
| R&R Quarter round - 3/4" | 20.83 LF | | 0.14 | 1.14 | 1.02 | 5.54 | 33.23 |
| Seal & paint baseboard, oversized - three coats | 20.83 LF | | 0.00 | 1.68 | 0.36 | 7.08 | 42.43 |

| Totals: Mud Room | | | | | 5.99 | 50.82 | 304.71 |
|---|---|---|---|---|---|---|---|

 **Trinity Restoration & Construction, Inc.**



### Laundry Room                                                          Height: 8'

| | |
|---|---|
| 229.33 SF Walls | 47.36 SF Ceiling |
| 276.69 SF Walls & Ceiling | 47.36 SF Floor |
| 5.26 SY Flooring | 28.67 LF Floor Perimeter |
| 28.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Contents - move out then reset | 1.00 EA | | 0.00 | 41.67 | 0.00 | 8.34 | 50.01 |
| R&R Baseboard - 3 1/4" MDF w/profile | 28.67 LF | | 0.35 | 2.25 | 2.43 | 15.38 | 92.35 |
| R&R Quarter round - 3/4" | 28.67 LF | | 0.14 | 1.14 | 1.41 | 7.62 | 45.72 |
| Seal & paint baseboard, oversized - three coats | 28.67 LF | | 0.00 | 1.68 | 0.50 | 9.74 | 58.41 |
| R&R Vanity - High grade | 2.00 LF | | 5.75 | 163.93 | 24.15 | 72.72 | 436.23 |
| Detach & Reset Sink - single | 1.00 EA | 122.32 | 0.00 | 0.00 | 0.00 | 24.46 | 146.78 |
| Detach & Reset Sink faucet - Kitchen | 1.00 EA | 98.46 | 0.00 | 0.00 | 0.00 | 19.70 | 118.16 |
| Paint the walls - two coats | 229.33 SF | | 0.00 | 0.72 | 3.81 | 33.78 | 202.71 |
| Mask and prep for paint - paper and tape (per LF) | 28.67 LF | | 0.00 | 0.58 | 0.10 | 3.34 | 20.07 |

| | | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Laundry Room | | | | | 32.40 | 195.08 | 1,170.44 |

### Living Room                                                          Height: 8'

| | |
|---|---|
| 521.88 SF Walls | 341.13 SF Ceiling |
| 863.02 SF Walls & Ceiling | 341.13 SF Floor |
| 37.90 SY Flooring | 64.59 LF Floor Perimeter |
| 69.76 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Missing Wall | 2' 9 1/16" X 8' | Opens into BREAKFAST_AR |
| Missing Wall | 2' 3 7/16" X 8' | Opens into Exterior |
| Missing Wall | 3' 1 1/16" X 8' | Opens into ROOM2 |
| Door | 5' 2" X 7' | Opens into Exterior |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Contents - move out then reset - Extra large room | 1.00 EA | | 0.00 | 125.02 | 0.00 | 25.00 | 150.02 |
| R&R Baseboard - 3 1/4" MDF w/profile | 64.59 LF | | 0.35 | 2.25 | 5.48 | 34.68 | 208.10 |
| R&R Quarter round - 3/4" | 64.59 LF | | 0.14 | 1.14 | 3.16 | 17.16 | 102.99 |

 **Trinity Restoration & Construction, Inc.**

### CONTINUED - Living Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Seal & paint baseboard, oversized - three coats | 64.59 LF | | 0.00 | 1.68 | 1.13 | 21.92 | 131.56 |
| R&R Oak flooring - select grade - no finish | 341.13 SF | | 2.07 | 8.21 | 157.90 | 732.94 | 4,397.66 |
| Sand, stain, and finish wood floor | 341.13 SF | | 0.00 | 3.93 | 26.86 | 273.50 | 1,641.00 |
| Remove Sheathing - plywood - 3/4" - tongue and groove | 341.13 SF | | 1.04 | 0.00 | 0.00 | 70.96 | 425.74 |
| Sheathing - plywood - 3/4" - tongue and groove | 341.13 SF | | 0.00 | 2.09 | 37.31 | 150.06 | 900.33 |
| Paint the walls - two coats | 521.88 SF | | 0.00 | 0.72 | 8.68 | 76.90 | 461.33 |
| Mask and prep for paint - paper and tape (per LF) | 69.76 LF | | 0.00 | 0.58 | 0.24 | 8.14 | 48.84 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Living Room | | | | | 240.76 | 1,411.26 | 8,467.57 |

### Hallway
**Height: 8'**

| | |
|---|---|
| 264.81 SF Walls | 84.94 SF Ceiling |
| 349.75 SF Walls & Ceiling | 84.94 SF Floor |
| 9.44 SY Flooring | 32.77 LF Floor Perimeter |
| 34.77 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Missing Wall | 8' 10 1/16" X 8' | Opens into BREAKFAST_AR |
| Missing Wall | 3' 10" X 8' | Opens into ENTRY_FOYER |
| Door | 2' X 6' 8" | Opens into POWDER_BATH |
| Missing Wall | 3' 1 1/16" X 8' | Opens into LIVING_ROOM |
| Missing Wall | 1' 9" X 8' | Opens into Exterior |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| R&R Baseboard - 3 1/4" MDF w/profile | 32.77 LF | | 0.35 | 2.25 | 2.78 | 17.60 | 105.58 |
| Seal & paint baseboard, oversized - three coats | 32.77 LF | | 0.00 | 1.68 | 0.57 | 11.14 | 66.76 |
| R&R Quarter round - 3/4" | 32.77 LF | | 0.14 | 1.14 | 1.61 | 8.72 | 52.28 |
| R&R Oak flooring - select grade - no finish | 84.94 SF | | 2.07 | 8.21 | 39.32 | 182.50 | 1,095.01 |
| Sand, stain, and finish wood floor | 84.94 SF | | 0.00 | 3.93 | 6.69 | 68.10 | 408.60 |
| Paint the walls - two coats | 264.81 SF | | 0.00 | 0.72 | 4.40 | 39.02 | 234.08 |
| Mask and prep for paint - paper and tape (per LF) | 34.77 LF | | 0.00 | 0.58 | 0.12 | 4.06 | 24.35 |



**Trinity Restoration & Construction, Inc.**

## CONTINUED - Hallway

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Remove Sheathing - plywood - 3/4" - tongue and groove | 84.94 SF | | 1.04 | 0.00 | 0.00 | 17.66 | 106.00 |
| Sheathing - plywood - 3/4" - tongue and groove | 84.94 SF | | 0.00 | 2.09 | 9.29 | 37.36 | 224.17 |
| **Totals: Hallway** | | | | | 64.78 | 386.16 | 2,316.83 |

**Breakfast Area/Room**          **Height: 8'**

| | |
|---|---|
| 188.15 SF Walls | 156.77 SF Ceiling |
| 344.91 SF Walls & Ceiling | 156.77 SF Floor |
| 17.42 SY Flooring | 23.52 LF Floor Perimeter |
| 23.52 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | 2' 9 1/16" X 8' | **Opens into LIVING_ROOM** |
| **Missing Wall** | 11 3/8" X 8' | **Opens into Exterior** |
| **Missing Wall** | 8' 10 1/16" X 8' | **Opens into ROOM2** |
| **Missing Wall** | 5/8" X 8' | **Opens into Exterior** |
| **Missing Wall** | 3' 5 3/8" X 8' | **Opens into STAIRS1** |
| **Missing Wall** | 9' 7" X 8' | **Opens into KITCHEN** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Paint the walls - two coats | 188.15 SF | | 0.00 | 0.72 | 3.13 | 27.72 | 166.32 |
| Mask and prep for paint - paper and tape (per LF) | 23.52 LF | | 0.00 | 0.58 | 0.08 | 2.74 | 16.46 |
| R&R Baseboard - 3 1/4" MDF w/profile | 23.52 LF | | 0.35 | 2.25 | 2.00 | 12.62 | 75.77 |
| R&R Quarter round - 3/4" | 23.52 LF | | 0.14 | 1.14 | 1.15 | 6.26 | 37.51 |
| Seal & paint baseboard, oversized - three coats | 23.52 LF | | 0.00 | 1.68 | 0.41 | 7.98 | 47.90 |
| **Totals: Breakfast Area/Room** | | | | | 6.77 | 57.32 | 343.96 |



**Trinity Restoration & Construction, Inc.**



**Entry/Foyer**   **Height: 8'**

| | |
|---|---|
| 209.33 SF Walls | 90.64 SF Ceiling |
| 299.97 SF Walls & Ceiling | 90.64 SF Floor |
| 10.07 SY Flooring | 24.33 LF Floor Perimeter |
| 35.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 3' X 6' 8" | **Opens into Exterior** |
| **Missing Wall** | 3' 10" X 8' | **Opens into ROOM2** |
| **Missing Wall - Goes to Floor** | 8' X 6' 8" | **Opens into ROOM1** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| R&R Baseboard - 3 1/4" MDF w/profile | 24.33 LF | | 0.35 | 2.25 | 2.07 | 13.06 | 78.39 |
| R&R Quarter round - 3/4" | 24.33 LF | | 0.14 | 1.14 | 1.19 | 6.46 | 38.80 |
| Seal & paint baseboard, oversized - three coats | 24.33 LF | | 0.00 | 1.68 | 0.43 | 8.26 | 49.56 |
| R&R Oak flooring - select grade - no finish | 90.64 SF | | 2.07 | 8.21 | 41.96 | 194.76 | 1,168.49 |
| Sand, stain, and finish wood floor | 90.64 SF | | 0.00 | 3.93 | 7.14 | 72.66 | 436.02 |
| Paint the walls - two coats | 209.33 SF | | 0.00 | 0.72 | 3.48 | 30.84 | 185.04 |
| Mask and prep for paint - paper and tape (per LF) | 35.33 LF | | 0.00 | 0.58 | 0.12 | 4.12 | 24.73 |
| Remove Sheathing - plywood - 3/4" - tongue and groove | 90.64 SF | | 1.04 | 0.00 | 0.00 | 18.86 | 113.13 |
| Sheathing - plywood - 3/4" - tongue and groove | 90.64 SF | | 0.00 | 2.09 | 9.91 | 39.86 | 239.21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Entry/Foyer | | | | | 66.30 | 388.88 | 2,333.37 |

**Dining Room**   **Height: 8'**

| | |
|---|---|
| 310.67 SF Walls | 144.00 SF Ceiling |
| 454.67 SF Walls & Ceiling | 144.00 SF Floor |
| 16.00 SY Flooring | 37.00 LF Floor Perimeter |
| 48.00 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 8' X 6' 8" | **Opens into ENTRY_FOYER** |
| **Missing Wall - Goes to Floor** | 3' X 6' 8" | **Opens into KITCHEN** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Paint the walls - two coats | 310.67 SF | | 0.00 | 0.72 | 5.17 | 45.78 | 274.63 |

2018-07-16-1241                                         7/19/2018            Page: 6

 **Trinity Restoration & Construction, Inc.**

**CONTINUED - Dining Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Mask and prep for paint - paper and tape (per LF) | 48.00 LF | | 0.00 | 0.58 | 0.17 | 5.60 | 33.61 |
| R&R Baseboard - 3 1/4" MDF w/profile | 37.00 LF | | 0.35 | 2.25 | 3.14 | 19.88 | 119.22 |
| R&R Quarter round - 3/4" | 37.00 LF | | 0.14 | 1.14 | 1.81 | 9.84 | 59.01 |
| Seal & paint baseboard, oversized - three coats | 37.00 LF | | 0.00 | 1.68 | 0.65 | 12.58 | 75.39 |
| R&R Oak flooring - select grade - no finish | 144.00 SF | | 2.07 | 8.21 | 66.65 | 309.40 | 1,856.37 |
| Sand, stain, and finish wood floor | 144.00 SF | | 0.00 | 3.93 | 11.34 | 115.44 | 692.70 |
| Remove Sheathing - plywood - 3/4" - tongue and groove | 144.00 SF | | 1.04 | 0.00 | 0.00 | 29.96 | 179.72 |
| Sheathing - plywood - 3/4" - tongue and groove | 144.00 SF | | 0.00 | 2.09 | 15.75 | 63.36 | 380.07 |
| **Totals:  Dining Room** | | | | | 104.68 | 611.84 | 3,670.72 |
| **Total: Main Level** | | | | | 552.29 | 3,656.10 | 21,936.18 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Cabinetry labor minimum | 1.00 EA | | 0.00 | 70.73 | 0.00 | 14.14 | 84.87 |
| Plumbing labor minimum | 1.00 EA | | 0.00 | 29.23 | 0.00 | 5.84 | 35.07 |
| **Totals:  Labor Minimums Applied** | | | | | 0.00 | 19.98 | 119.94 |
| **Line Item Totals: 2018-07-16-1241** | | | | | 552.29 | 3,676.08 | 22,056.12 |

## Grand Total Areas:

| | | | |
|---|---|---|---|
| 4,432.38 SF Walls | 1,913.97 SF Ceiling | 6,346.35 SF Walls and Ceiling | |
| 1,946.67 SF Floor | 216.30 SY Flooring | 543.99 LF Floor Perimeter | |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 594.88 LF Ceil. Perimeter | |
| | | | |
| 1,957.28 Floor Area | 2,041.58 Total Area | 4,161.58 Interior Wall Area | |
| 2,059.48 Exterior Wall Area | 253.43 Exterior Perimeter of Walls | | |
| | | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length | |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | | |



**Trinity Restoration & Construction, Inc.**

## Summary

| | |
|---|---:|
| Line Item Total | 17,827.75 |
| Material Sales Tax | 542.15 |
| Storage Rental Tax | 10.14 |
| Subtotal | 18,380.04 |
| Overhead | 1,838.04 |
| Profit | 1,838.04 |
| **Replacement Cost Value** | **$22,056.12** |
| **Net Claim** | **$22,056.12** |

Eric Hamilton



## Trinity Restoration & Construction, Inc.

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.75%) | Manuf. Home Tax (8.75%) | Storage Rental Tax (8.75%) |
|---|---|---|---|---|---|
| Line Items | 1,838.04 | 1,838.04 | 542.15 | 0.00 | 10.14 |
| Total | 1,838.04 | 1,838.04 | 542.15 | 0.00 | 10.14 |

 **Trinity Restoration & Construction, Inc.**

## Recap by Room

**Estimate: 2018-07-16-1241**

| Area: Main Level | | |
|---|---:|---:|
| Area: Main Level | 2,743.23 | 15.39% |
| Mud Room | 247.90 | 1.39% |
| Laundry Room | 942.96 | 5.29% |
| Living Room | 6,815.55 | 38.23% |
| Hallway | 1,865.89 | 10.47% |
| Breakfast Area/Room | 279.87 | 1.57% |
| Entry/Foyer | 1,878.19 | 10.54% |
| Dining Room | 2,954.20 | 16.57% |
| | | |
| Area Subtotal:  Main Level | 17,727.79 | 99.44% |
| Labor Minimums Applied | 99.96 | 0.56% |
| | | |
| **Subtotal of Areas** | 17,827.75 | 100.00% |
| | | |
| **Total** | 17,827.75 | 100.00% |

 **Trinity Restoration & Construction, Inc.**

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| CABINETRY | 398.59 | 1.81% |
| CLEANING | 608.73 | 2.76% |
| CONTENT MANIPULATION | 166.69 | 0.76% |
| CONT: PACKING,HANDLNG,STORAGE | 1,204.50 | 5.46% |
| GENERAL DEMOLITION | 2,179.86 | 9.88% |
| FLOOR COVERING - WOOD | 8,021.02 | 36.37% |
| FINISH CARPENTRY / TRIMWORK | 785.50 | 3.56% |
| FRAMING & ROUGH CARPENTRY | 1,380.88 | 6.26% |
| PLUMBING | 250.01 | 1.13% |
| PAINTING | 1,901.97 | 8.62% |
| WATER EXTRACTION & REMEDIATION | 930.00 | 4.22% |
| O&P Items Subtotal | 17,827.75 | 80.83% |
| Material Sales Tax | 542.15 | 2.46% |
| Storage Rental Tax | 10.14 | 0.05% |
| Overhead | 1,838.04 | 8.33% |
| Profit | 1,838.04 | 8.33% |
| Total | 22,056.12 | 100.00% |

Main Level



Main Level

# TRINITY
## —ROOFING & RESTORATION—

1000 Cornell Parkway Ste 300
Oklahoma City, OK 73108
Office 405-695-7040
Fax 405-695-7030
Ok State Reg # 80002919
www.TrinityRebuild.com

*"Restoring Peace When Disaster Strikes!"*

| Owner's Name: | | Owner's Address: | |
|---|---|---|---|
| Lois Fay Jenkins | | 27109 White Plains Way | |
| Owner's City: | Owner's Zip Code: | Owner's Phone: | Owner's Work Phone: |
| Leesburg | 34748 | 352-460-1531 | |

| Project Name & Address: | Email: |
|---|---|
| 3329 Chardonnay Norman, OK 73071 | Loisjenkins58@gmail.com |

I/WE, the Owner(s) of the premises described above authorize Trinity Restoration/Construction, hereinafter referred to as "Contractor", to furnish all materials and labor necessary to improve the above premises according to the following terms, specifications and provisions:

a. Description of the work & of the materials used: _____

Work to be completed according to scope of work provided to Faye.

Lois Fay Jenkins has agreed to pay for the work to be completed. Trinity will not wait for any insurance money.

**Any custom work or change order will be agreed upon and paid at time of work, along with a change order to be completed and signed by all parties involved.**

b. Description of any areas that will NOT be worked on: _____

THIS LIST OF SPECIFICATIONS MAY BE CONTINUED ON SUBSEQUENT PAGES (SEE PAGE NUMBER BELOW)

c. Payment: Contractor proposes to perform the above work, (subject to any additions and/or deductions pursuant to authorized change orders), for the Total Sum of $ __22,056.12__    Down Payment (if any) $ __5,000.00__

| PAYMENT DUE WHEN | Checked AMOUNT | PAYMENTS TO BE MADE IN INSTALLMENTS AS FOLLOWS: |
|---|---|---|
| 1. Down payment *Mailed Check* 3/23 | $5000.00 | Down payment to be made upon signature of contract. Second payment will be made when 50% of the work is completed. Final payment will be made upon completion of work. All unpaid bills will receive 1.5% interest fee monthly. |
| 2. 50% completion *Mailed* 8/13/18 | $8528.06 | |
| 3. Final payment upon completion | $8528.06 | |
| 4. | | |

d. Commencement and Completion of Work: Substantial commencement of work shall mean either the physical delivery of materials onto the premises or the performance of any labor and shall be subject to any permissible delays as per provision (4) on the reverse side.

Approximate Start Date: __TBD__    Approximate Completion Date: __Two weeks after start date__

e. Acceptance: This contract is approved and accepted. I (we) understand there are no oral agreements or understandings between the parties of this agreement. The written terms, provisions, plans (if any) and specifications in this contract is the entire agreement between the parties. Changes in this agreement shall be done by written change order only and with the express approval of both parties. Changes may incur additional charges.

Additional Provisions Of This Contract Are On The Reverse Side And May Be Continued On Subsequent Pages (see page number below). Read "Arbitration of Disputes" provision on page two (2), provision 10 and the NOTICE following this provision. If you agree to arbitration, initial on the line below the NOTICE where indicated. Also, initial in the same place on EACH COPY of this contract.

_Lois Fay Jenkins_    _3/3/18_
approved and accepted (owner)    date

_____
approved and accepted (owner)

_signature_    _7/23/18_
approved (contractor)    date

You, the Buyer, may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction. See the attached Notice of Cancellation form for an explanation of this right.

NOTE: This contract may be withdrawn or renegotiated after __5__ days from _____ if not approved and signed by BOTH parties.

Form HIP-C  Copyright © 1996-2016 ACT Contractors Forms (800) 820-5656  www.calform.com     Page ONE of __2__ Total Pages

**ADDITIONAL PROVISIONS-** Unless otherwise specified herein, the following additional provisions are expressly incorporated into this contract:

**1. Plans, Specifications, Permits and Fees.** The work described in this proposal/contract shall be done according to the plans and the plan specifications (if any) except in the case of conflict when the provisions of this contract shall have control over both the plans and the plan specifications. All required building permits will be paid for by owner and obtained by Contractor. All other charges, taxes, assessments, fees, etc., of any kind required by any government body, telephone, utility company or the like shall be paid by Owner.
**2. Property Lines.** Owner is responsible to locate and inform Contractor of the location of all property lines. At Contractor's discretion, Owner may be required to provide at Owner's expense, a licensed surveyor's map of the property showing property lines.
**3. Change Orders.** Should Owner, construction lender, or any government body or inspector require any modification to the work covered under this proposal/contract, any cost incurred by Contractor shall be added to the contract price as extra work and Owner agrees to pay Contractor his normal selling price for such extra work. All extra work as well as any other modifications to the original proposal/contract shall be specified and approved by both parties in a written change order. All change orders shall become a part of this proposal/contract and shall be incorporated herein.
**4. Delay.** Contractor shall not be held responsible for any damage occasioned by delays resulting from: work done by Owner's subcontractors, extra work, acts of owner or owner's agent including failure of owner to make timely progress payments or payments for extra work, shortages of material and/or labor, bad weather, fire, strike, war, governmental regulations, or any other contingencies unforeseen by, or beyond, Contractor's reasonable control.
**5. Cleanup & Advertising.** Upon completion, and after removing all debris and surplus materials, wherever possible, Contractor will leave premises in a neat, broom clean condition. Owner hereby grants to Contractor the right to display signs at the job site for the period of time starting at the date of signing of this contract and continuing uninterrupted until fourteen (14) days past the date the job is completed and payment in full has been made. Owner grants Contractor the right to publish the project street address on a "references" list which may be given to prospective customers.
**6. Unanticipated Conditions & Concealed Damage.** Expense incurred because of unusual or unanticipated conditions shall be paid for by owner as extra work (conditions such as, but not limited to, ground conditions that require fill, or unusually hard soil, rocky soil, or the presence of ground water). Contractor will inform Owner of any dry rot or other deterioration or unanticipated condition which is concealed and is discovered during the course of the work. Contractor is not responsible to repair any such discovered deterioration or condition and any work done by Contractor to remedy such will only be done as extra work in a written change order.
**7. Hazardous Substances.** Owner understands that Contractor is not qualified or licensed as an inspector or abatement contractor for Hazardous Materials (as defined by the government). Should a hazardous substances be suspected to be present, it is the Owners' responsibility to arrange and pay for inspection & abatement.
**8. Collection.** Owner agrees to pay all collection fees and charges including but not limited to all legal and attorney fees that result should Owner default in payment of this proposal/contract. Overdue accounts are subject to interest charged at the rate of 18% per annum or at the highest rate allowed by law.
**9. Legal Fees.** In the event litigation or arbitration arises out of this proposal/contract, prevailing party(ies) are entitled to all legal, arbitration, and attorney fees. The court or arbitrator shall not be bound to award fees based on any set, fee schedule but shall if it so chooses, award the true amount of all costs, expenses and attorney fees paid or incurred.

**10. Arbitration of Disputes.** Any controversy or claim arising out of or relating to this proposal/contract, or the breach thereof, shall be settled by arbitration in accordance with the applicable Construction Industry Arbitration Rules of the American Arbitration Association which are in effect at the time the demand for arbitration is filed. A judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. Any arbitration award shall be subject to correction and/or vacation for the reasons stated in the law. The arbitrator shall award reasonable attorneys fees and expenses to the prevailing party. After being given due notice, should any party fail to appear at or participate in the arbitration proceedings, the arbitrator shall make an award based upon the evidence presented by the party(ies) who do (does) appear and participate. Notwithstanding Contractor's right to arbitrate, Contractor does not waive any of its lien rights. Venue for arbitration hearings shall be the project county unless otherwise agreed to by the parties.

NOTICE: By initialing in the space below you are agreeing to have any dispute arising out of the matters included in the "arbitration of disputes" provision decided by neutral arbitration as provided by law and you are giving up any rights you might possess to have the dispute litigated in a court or jury trial. By initialing in the space below you are giving up your judicial rights to discovery and appeal, unless those rights are specifically, included in the "arbitration of disputes" provision. If you refuse to submit to arbitration after agreeing to this provision, you may be compelled to arbitrate under the authority of the applicable laws. Your agreement to this arbitration provision is voluntary.

We have read and understand the foregoing and agree to submit disputes arising out of the matters included in the "arbitration of disputes" provision to neutral arbitration.

I Agree to Arbitration: _____    7/23/18

(Initials of Owner)    (Initials of Owner)

**Trinity Restoration and Construction**
1000 Cornell Parkway Suite 300
Oklahoma City, OK 73108
Ph. 405-698-7040

# Invoice

| Invoice Date: | Invoice #: |
|---------------|------------|
| 7/23/2018 | 250 |

| Bill To: |
|----------|
| Lois Fay Jenkins<br>27109 White Plains Way<br>Leesburg, FL 34748 |

| Project Address |
|-----------------|
| 3329 Chardonnay Lane<br>Norman, OK 73071 |

| Project: | Due Date: |
|----------|-----------|
| | 7/23/2018 |

| Item | Description | Amount |
|------|-------------|--------|
| remodel | work according to scope | 22,056.12 |

| | |
|---|---|
| **Total** | $22,056.12 |
| **Payments/Credits** | -$13,528.06 |
| **Balance Due** | $8,528.06 |

All unpaid invoices will receive 1.5% interest fee monthly.
Thank you for your business

## Customer Receipt

**COOL BOX - OKLAHOMA CITY**
308 N. RHODE ISLAND AVE
OKLAHOMA CITY, OK  73104
(888)943-8266

Receipt number: 33909
Receipt Printed: 7/27/2018

Customer:   Patrick Evans
            3329 chardonnay lane 18 Miles
            NORMAN, OK  73071

**Payments**                                                    **Amount**

CREDIT CARD: ▮▮▮▮▮▮▮▮▮▮▮                                        ($305.89)

Signature _____

                        Credit Account:        ($305.89)





EXHIBIT
7

# Order/Reservation confirmation # - FF9F0AAB
# PATRICK EVANS

Amount paid to date: $143.71

## Moving Help ® order #FF9F0AAB

Your order is scheduled.

Jtr Of Okc
Mobile phone number: (405) 819-9567

| Load / Unload | 8/31/2018 | PATRICK EVANS Norman, OK, 73071 | 2 person crew 2 hours @ $68.88/hr | Scheduled | $137 |

Refundable order handling fee
Covers MovingHelp.com costs of processing, confirming, and settling the transaction with your Moving Helper.
Submit a review for your Helper and we'll refund the fee.   $

Total (Total amount charged to your card. All rates are in U.S. dollars)   $14

Payment code: 597597

Customer:   PATRICK EVANS

Jtr Of Okc,
(405) 819-9567
Friday 8/31/2018
Load / Unload - 2 hours
Job#: JB-4965473
www.movinghelp.com

$143.71

CK# 1011

8/24/18

wed Mon 8/27

LOIS FAY JENKINS
27109 WHITE PLAINS WAY
LEESBURG, FL 34748                          63-216/631                    1011

Date Aug. 24, 2018

Pay to the order of  Patrick Evans                          $ 143 7/100

One hundred forty three and 7/100                              Dollars

SunTrust

Memo  Mover 8/31/2018                    Lois Fay Jenkins

1011

# Your receipt from Airbnb



Receipt ID: ███████ · Jul 27, 2018

## Norman

**5 nights in Norman**

Fri, Aug 03, 2018 ✦ Wed, Aug 08, 2018
Entire home/apt · 2 beds · 2
guests
Confirmation code: ██████
Go to listing

Cancellation policy: Moderate
Cancel up to 5 days before check in and get a full
refund (minus service fees). Cancel within 5 days
of your trip and the first night is non-refundable,
but 50% of the fees for the remaining nights will be
refunded. Service fees are refunded if
cancellation happens before check in and within
48 hours of booking.

Have a question?
Visit the Help Center

## Price breakdown

| | |
|---|---|
| $90.00 x 5 nights | $450.00 |
| Cleaning fee | $50.00 |
| Service fee | $70.80 |
| Occupancy taxes and fees | $43.75 |
| **Total (USD)** | **$614.55** |

## Payment

| | |
|---|---|
| ██████ | $614.55 |
| Jul 27, 2018 · 04:03PM CDT | |
| **Amount paid (USD)** | **$614.55** |

*There is one Airbnb I'm waiting for Patrick
to send for 8/8 - 8/13.
I paid living expenses for 8/3 thru 8/31*

**Occupancy taxes**
Occupancy Taxes include General Sales and Use Tax (Oklahoma), General Sales and Use Tax (Cleveland), General Sales and Use Tax (Norman), General Sales and Use Tax (Oklahoma), General Sales and Use Tax (Cleveland), General Sales and Use Tax (Norman), General Sales and Use Tax (Oklahoma), General Sales and Use Tax (Cleveland), General Sales and Use Tax (Norman).

**Airbnb Payments, Inc.**
Airbnb Payments is a limited payment collection agent of your Host. It means that upon your payment of the Total Fees to Airbnb Payments, your payment obligation to your Host is satisfied. Refund requests will be processed in accordance with: (i) the Host's cancellation policy (available on the Listing); or (ii) Airbnb Payment's Guest Refund Policy Terms, available at https://www.airbnb.com/terms. Questions or complaints: contact Airbnb Payments, Inc. at 855-4-AIRBNB (855-424-7262).

Payment processed by:
Airbnb Payments, Inc.
888 Brannan St, San Francisco, CA 94103

Airbnb, Inc.
888 Brannan St, San Francisco, CA 94103
www.airbnb.com



# Your receipt from Airbnb



Receipt ID: ███████ · Jul 27, 2018

## Norman

**18 nights in Norman**

**Mon, Aug 13, 2018 → Fri, Aug 31, 2018**

Entire home/apt · 2 beds · 2 guests

Confirmation code: ██████

Go to listing

**Cancellation policy: Moderate**
Cancel up to 5 days before check in and get a full refund (minus service fees). Cancel within 5 days of your trip and the first night is non-refundable, but 50% of the fees for the remaining nights will be refunded. Service fees are refunded if cancellation happens before check in and within 48 hours of booking.

**Have a question?**
Visit the Help Center

## Price breakdown

| | |
|---|---|
| $90.00 x 18 nights | $1,620.00 |
| 20% weekly price discount | -$324.00 |
| Cleaning fee | $50.00 |
| Service fee | $164.73 |
| Occupancy taxes and fees | $117.78 |
| **Total (USD)** | **$1,628.51** |

## Payment

| | |
|---|---|
| ██████ | $1,628.51 |
| Jul 27, 2018 · 04:26PM CDT | |
| **Amount paid (USD)** | **$1,628.51** |

**Occupancy taxes**
Occupancy Taxes Include General Sales and Use Tax (Oklahoma), General Sales and Use Tax (Cleveland), General Sales and Use Tax (Norman), General Sales and Use Tax (Oklahoma), General Sales and Use Tax (Cleveland), General Sales and Use Tax (Norman), General Sales and Use Tax (Oklahoma), General Sales and Use Tax (Cleveland), General Sales and Use Tax (Norman).

**Airbnb Payments, Inc.**
Airbnb Payments is a limited payment collection agent of your Host. It means that upon your payment of the Total Fees to Airbnb Payments, your payment obligation to your Host is satisfied. Refund requests will be processed in accordance with (i) the Host's cancellation policy (available on the Listing); or (ii) Airbnb Payment's Guest Refund Policy Terms, available at https://www.airbnb.com/terms. Questions or complaints: contact Airbnb Payments, Inc. at 855-4-AIRBNB (855-424-7262).

Payment processed by:
Airbnb Payments, Inc.
888 Brannan St, San Francisco, CA 94103

Airbnb, Inc.
888 Brannan St, San Francisco, CA 94103
www.airbnb.com



 **airbnb**

## Your receipt from Airbnb

Receipt ID: ███████ · Jul 31, 2018

---

## Oklahoma City

**5 nights in Oklahoma City**

---

Wed, Aug 08, 2018  Mon, Aug 13, 2018

Entire home/apt · 3 beds · 2 guests

Confirmation code: ███████

Go to listing

Cancellation policy: Flexible

Cancel up to 24 hours before check in and get a full refund (minus service fees). Cancel within 24 hours of check in and the first night is non-refundable. Service fees are refunded if cancellation happens before check in and within 48 hours of booking.



---

## Price breakdown

| | |
|---|---|
| $126.60 x 5 nights | $633.00 |
| Cleaning fee | $175.00 |
| Service fee | $112.20 |
| Occupancy taxes and fees | $116.15 |

---

| | |
|---|---|
| Total (USD) | **$1,036.35** |

## Payment

| | |
|---|---|
| ████████ | $1,036.35 |
| Jul 31, 2018 · 08:56AM CDT | |

| | |
|---|---|
| Amount paid (USD) | **$1,036.35** |

Print this receipt

Go to itinerary

Have a question?

Visit the Help Center

Occupancy taxes

Occupancy Taxes include General Sales and Use Tax (Oklahoma), General Sales and Use Tax (Cleveland), General Sales and Use Tax (Oklahoma City), Accommodations Tax (Oklahoma City), General Sales and Use Tax (Oklahoma), General Sales and Use Tax (Cleveland), General Sales and Use Tax (Oklahoma City), General Sales and Use Tax (Oklahoma), General Sales and Use Tax (Cleveland), General Sales and Use Tax (Oklahoma City), Accommodations Tax (Oklahoma City).

Airbnb Payments, Inc.

