# EXHIBIT 15



P.O. Box 24523
Oakland, CA 94623-1523

Phone   888.335.2722
Fax     877.548.1610

US ADJUSTING SERVICES
3109 SKYWAY CIR N
IRVING, TX 75038-3526

## Offer of Payment

| Check No.: 0703294684 | Insured: LOIS JENKINS | | |
|---|---|---|---|
| Claim No.: 1002-68-2784 | Policy No.: HO54012164 | | Adjuster: Rich Turnbull |
| Exposure: (1) 1st Party Dwelling - LOIS JENKINS - A-Dwelling - Expense - Other | | | |
| Issue Date | Description of Payment | Amount | Acct No. | Amount Total |
| 05/30/2018 | Appraisal | $512.00 | *****8404 | $512.00 |
| Payee: Hamilton s Catastrophe Claim Service, Inc. | | | |
| Invoice/EOB #: 1002-68-2784 | Dates of Service: | | |
| Comments: Payment for inspection on claim 1002-68-2784 | | | |
| Payment Method: EFT | Date of Loss: 03/29/2018 | | Loss Type: Homeowners |

Policy issued by CSAA Fire & Casualty Insurance Company

Please detach before presenting for payment



CSAA Fire & Casualty Insurance Company
P.O. Box 24523, Oakland, CA 94623-1523

BANK OF AMERICA

70-2328 / 719   IL

**CHECK NO.**
**0703294684**

**POLICY NO.**
HO54012164

**Exactly Five hundred twelve and 00/100 Dollars**********************************************************************************************

| INSURED | LOSS DATE | CLAIM NO. | DATE | AMOUNT |
|---|---|---|---|---|
| LOIS JENKINS | 03/29/2018 | 1002-68-2784 | 05/30/2018 | ***$512.00 |

Pay To The Order Of   Hamilton s Catastrophe Claim Service, Inc.

VOID IF NOT CASHED WITHIN 180 DAYS OF DATE OF ISSUE

CSAA Insurance Group

_____
AUTHORIZED SIGNATURE

FILE COPY



P.O. Box 24523
Oakland, CA 94623-1523

Phone   888.335.2722
Fax     877.548.1610

AMERICAN LEAK DETECTION
PO BOX 721386
OKLAHOMA CITY, OK 73172-1386

## Offer of Payment

| Check No.: 0716840398 | Insured: LOIS JENKINS | | |
|---|---|---|---|
| Claim No.: 1002-68-2784 | Policy No.: HO54012164 | | Adjuster: Sayde Brooks |
| Exposure: (1) 1st Party Dwelling - LOIS JENKINS - A-Dwelling - Expense - Other | | | |
| Issue Date | Description of Payment | Amount | Acct No. | Amount Total |
| 06/26/2018 | Experts | $590.00 | | |
| | | | | $590.00 |
| Payee: AMERICAN LEAK DETECTION | | | |
| Invoice/EOB #: | Dates of Service: | | |
| Comments: Invoice: 21638 | | | |
| Payment Method: Check | Date of Loss: 03/29/2018 | | Loss Type: Homeowners |

Policy issued by CSAA Fire & Casualty Insurance Company

Please detach before presenting for payment



CSAA Fire & Casualty Insurance Company
P.O. Box 24523, Oakland, CA 94623-1523

BANK OF AMERICA

70-2328 / 719   IL

**CHECK NO.**
**0716840398**

**POLICY NO.**
HO54012164

**Exactly Five hundred ninety and 00/100 Dollars**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INSURED | LOSS DATE | CLAIM NO. | DATE | AMOUNT |
|---|---|---|---|---|
| LOIS JENKINS | 03/29/2018 | 1002-68-2784 | 06/26/2018 | \*\*\*$590.00 |

Pay To The Order Of   AMERICAN LEAK DETECTION

VOID IF NOT CASHED WITHIN 180 DAYS OF DATE OF ISSUE

CSAA Insurance Group

_____
AUTHORIZED SIGNATURE